1  KAMALA D. HARRIS
   Attorney General of California
2  RENE L. LUCARIC
   Supervising Deputy Attorney General
3  GRETCHEN K. BUECHSENSCHUETZ
   Deputy Attorney General
4  DANIELLE R. HEMPLE
   Deputy Attorney General
5  State Bar No. 287982
    300 South Spring Street, Suite 1702
6   Los Angeles, CA 90013
    Telephone: (213) 620-2559
7   Fax: (213) 897-7604
    E-mail: Danielle.Hemple@doj.ca.gov
8  *Attorneys for Defendants*
   *G. Anderson, R. Carter,*
9  *L. Rodriguez, and T. Virga*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **BOBBY HARKER,**<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>**STACY ZIGLER, et al.,**<br><br>　　　　　　　　Defendants. | CV 13-01175 DDP (OPx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: March 12, 2013<br>Current Response Date: May 11, 2013<br>New Response Date: June 10, 2013<br><br>Judge: The Honorable Dean D. Pregerson<br>Action Filed: February 19, 2013 |

In accordance with Local Rule 8-3, Plaintiff Bobby Harker ("Plaintiff") and Defendants G. Anderson, R. Carter, L. Rodriguez, and T. Virga ("Defendants") stipulate to the extension of time for Defendants to respond to the initial complaint by not more than 30 days.

///

///

1

The deadline for Defendants to file a responsive pleading is now Monday, June 10, 2013.

**IT IS SO STIPULATED.**

Dated: May 10, 2013

*Danielle R. Hemple*
Danielle R. Hemple
*Attorney for Defendants G. Anderson, R. Carter, L. Rodriguez, and T. Virga*

Dated: May 10, 2013

Santo J. Riccobono
*Attorney for Plaintiff Bobby Harker*

LA2013607719
61002183.doc