| | |
|---|---|
| Susan E. Coleman, (SBN 171832)<br>E-mail: scoleman@bwslaw.com<br>Kristina Doan Gruenberg, (SBN 268188)<br>E-mail: kgruenberg@bwslaw.com<br>BURKE, WILLIAMS & SORENSEN, LLP<br>444 South Flower Street, Suite 2400<br>Los Angeles, CA 90071-2953<br>Tel: 213.236.0600   Fax: 213.236.2700<br><br>Attorneys for Defendant<br>STACY ZIGLER | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY HARKER,<br><br>   Plaintiff,<br><br>v.<br><br>STACY ZIGLER, in her individual capacity; TIM VIRGA, in his individual capacity; GREG ANDERSON, in his individual capacity; LORI RODRIGUEZ, in her individual capacity; RONDA CARTER, in her individual capacity; and JOHN DOES 1-10,<br><br>   Defendants. | Case No. CV13-01175-DDP (OPx)<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT ZIGLER TO FILE AN INITIAL RESPONSIVE PLEADING OR ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>Judge:   Hon. Dean D. Pregerson |

TO THE HONORABLE DEAN D. PREGERSON:

WHEREAS, the parties are in the process of meeting and conferring regarding plaintiff's Complaint, and the potential deficiencies of and/or affirmative defenses to same, and whether to have plaintiff's counsel amend the complaint, or if defense counsel will move to dismiss the complaint;

WHEREAS, plaintiff's counsel has filed a Petition for leave to file a late tort claim, Case No. BS141644, which is pending in the Los Angeles Superior Court;

///

It is hereby stipulated, between plaintiff BOBBY HARKER and defendant STACY ZIGLER, by and through their respective attorneys of record, that defendant Zigler shall have an additional thirty (30) days to file a responsive pleading or answer to plaintiff's Complaint, to June 10, 2013.

This stipulation is not an attempt to stall or to interfere with the Court's calendar, but represents an actual attempt to meet and confer to discuss issues with plaintiff's Complaint and the possible amendment of same. Thus, it is respectfully requested that this Court grant this stipulation.

IT IS SO STIPULATED.

Dated: May 15, 2013     Burke, Williams & Sorensen, LLP

By: /s/ Susan E. Coleman
Susan E. Coleman

Attorneys for Defendant
STACY ZIGLER

Dated: May 15, 2013     Khorrami LLP

By: _____
Santo J. Riccobono

Attorneys for Plaintiff
BOBBY HARKER