# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | | |
|---|---|---|
| Bobby Harker, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. CV13-1305-TLN-CKD |
| Stacy Zigler, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Bobby Harker

Date:     08/13/2013

*Attorney's signature*

Hermez Moreno, SBN 72009
*Printed name and bar number*

Khorrami Boucher Sumner Sanguinetti, LLP
444 S. Flower St., 33rd Floor
Los Angeles, CA 90071

*Address*

hmoreno@kbsslaw.com
*E-mail address*

(213) 596-6000
*Telephone number*

(213) 596-6010
*FAX number*