Susan E. Coleman, (SBN 171832)
E-mail: scoleman@bwslaw.com
Kristina Doan Gruenberg, (SBN 268188)
E-mail: kgruenberg@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-295
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendant
STACY ZIGLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY HARKER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STACY ZIGLER, in her individual capacity; TIM VIRGA, in his individual capacity; GREG ANDERSON, in his individual capacity; LORI RODRIGUEZ, in her individual capacity; RONDA CARTER, in her individual capacity; and JOHN DOES 1-10,<br><br>　　　　Defendants. | Case No. 2:13-cv-01305 TLN CKD<br><br>**JOINT STATUS REPORT**<br><br>Judge:　Hon. Troy L. Nunley |

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and the Court's Order requiring joint status report [Dkt. 38], Plaintiff, Bobby Harker, and Defendants Stacy Zigler, Tim Virga, Greg Anderson, Lori Rodriguez, Ronda Carter, by and through their respective counsel of record, submit the following Joint Status Report:

///

///

///

**(A) A Brief Summary Of The Claims**

Plaintiff Bobby Harker was incarcerated California State Prison- Sacramento ("CSP-SAC"), and is currently at California State Prison- Los Angeles. Plaintiff alleges that defendant Zigler was the Standards Compliance Coordinator and supervisor of the Correctional Treatment Center ("CTC") at CSP-SAC, and supervised him in his position as an Environmental Services Aide.

Plaintiff alleges that starting on February 19, 2011, defendant Stacy Zigler forced plaintiff to participate in sexual acts using force, threats, and intimidation. Plaintiff also alleges that after his sexual acts with defendant Zigler was discovered, he was retaliated against and subject to stricter rules and harsher treatment. Plaintiff alleges that a number of CSP-SAC officials, correctional officers, and prison staff knew about defendant Zigler's actions but did nothing about it. These individuals include defendant Anderson, plaintiff's immediate supervisor; defendant Rodriguez, head administrator for CTC; Warden Virga; and Captain Carter.

Plaintiff brings a claim for Eighth Amendment Cruel and Unusual punishment against defendant Zigler, and a claim for Eighth Amendment Deliberate Indifference/Failure to Protect against defendants Anderson, Virga, Rodriguez, Carter, and Does 1-100.

**(B) Status Of Service Upon All Defendants And Cross−Defendants**

All defendants have been served.

**(C) Possible Joinder Of Additional Parties**

None

**(D) Contemplated Amendments To The Pleadings**

None

**(E) The Statutory Basis For Jurisdiction And Venue**

This Court has jurisdiction pursuant to 28 U.S.C. § 1331 because this action arises under the laws and Constitution of the United States, § 1343 (a)(3), and

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4843-3771-4709 v1 - 2 -

2:13-CV-01305 TLN CKD
JOINT STATUS RPEORT

pursuant to 28 U.S.C. §§ 2201 and 2202 because an actual controversy exists within the court's jurisdiction.

Venue is proper in this district because the alleged wrongdoing occurred at CSP-SAC, which is located in Represa, California.

**(F) Anticipated Discovery And The Scheduling Of Discovery, Including:**

**(1) What Changes, If Any, Should Be Made In The Timing, Form, Or Requirement For Disclosures Under Rule 26(A), Including A Statement As To When Disclosures Under Rule 26(A)(1) Were Made Or Will Be Made**

None requested

**(2) The Subjects On Which Discovery May Be Needed; When Discovery Should Be Completed, And Whether Discovery Should Be Conducted In Phases**

Parties expect to engage in written discovery and conduct depositions of all parties. Parties expect discovery to be completed by June 2, 2014.

**(3) What Changes, If Any, Should Be Made In The Limitations On Discovery Imposed Under The Civil Rules And What Other Limitations, If Any, Should Be Imposed**

None requested

**(4) The Timing Of The Disclosure Of Expert Witnesses And Information Required By Rule 26(A)(2)**

May 5, 2014

**(5) Proposed Dates For Discovery Cut−Off**

June 2, 2014

**(G) Proposed Date By Which All Non−Discovery Motions Shall Be Filed\**

August 4, 2014

///

**(H) Proposed Dates For Final Pretrial Conference And Trial**

    Proposed date for Final Pretrial Conference: September 8, 2014

    Proposed date for Trial: October 6, 2014

**(I) Estimate Of Days Of Trial, And Whether Any Party Has Demanded A Jury**

Parties have demanded a jury trial and anticipate trial lasting 5-7 days.

**(J) Appropriateness Of Special Procedures Such As Reference To A Special Master Or Agreement To Try The Matter Before A Magistrate Judge Pursuant To 28 U.S.C. 636(C)**

Not needed at this time.

**(K) Proposed Modification Of Standard Pretrial Procedures Due To The Special Nature Of The Case**

Not needed at this time.

**(L) Whether The Case Is Related To Any Other Case, Including Any Matter Involving Bankruptcy**

No

**(M) Prospects For Settlement, Including Whether A Settlement Conference Should Be Scheduled**

No settlement discussions have occurred as yet. The parties have agreed to satisfy their ADR obligations before the magistrate judge assigned to this matter (*i.e.*, Settlement Procedure No. 1), and submit ADR form 1 herewith.

///

///

///

///

///

///

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4843-3771-4709 v1

- 4 -

2:13-CV-01305 TLN CKD
JOINT STATUS RPEORT

**(N) Any Other Matters That May Be Conducive To The Just And Expeditious Disposition Of The Case, Including Whether Counsel Will Waive Any Disqualification And Stipulate To The Trial Judge Acting As A Settlement Judge**

None.

Dated: September 16, 2013    BURKE, WILLIAMS & SORENSEN, LLP


By: /s/ Susan E. Coleman
     Susan E. Coleman
     Kristina Doan Gruenberg

Attorneys for Defendant
STACY ZIGLER


Dated: September 16, 2013    KHORRAMI BOUCHER SUMNER SANGUINETTI, LLP


By: /s/ Hermez Moreno
     Hermez Moreno
     Shawn Khorrami
     Santo J Riccobono

Attorneys for Plaintiff,
BOBBY HARKER


Dated: September 16, 2013    Office of The Attorney General


By: /s/ Gretchen Buechsenschuetz
     Gretchen Buechsenschuetz
     Danielle Rachel Hemple
     Deputy Attorney General

Attorneys for Defendants
TIM VIRGA, GREG ANDERSON, LORI RODRIGUEZ, RONDA CARTER