RIVERA & ASSOCIATES
2180 Harvard Street, Suite 310
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1303

Jesse M. Rivera, CSN 84259
Shanan L. Hewitt, CSN 200168
Jonathan B. Paul, CSN 215884
Kelly A. Yokley, CSN 192015
Jill B. Nathan, CSN 186136

Attorneys for
G. ANDERSON

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY HARKER, | CASE NO: 2:13-cv-01305-TLN-CKD |
| Plaintiff, | **DEFENDANT ANDERSON'S SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER** |
| vs. | [E.D. Local Rule 182(g)] |
| ZIGLER, et al., | |
| Defendant | |

BY OUR SIGNATURES BELOW, it is mutually agreed that SHANAN L. HEWITT, of the Law Offices of Rivera & Associates, is substituted in on Case Number 2:13-cv-01305-TLN-CKD, and Danielle Rachel Hemple, Deputy Attorney General, is substituted out of said case, as attorney of record for defendant G. ANDERSON.

I hereby consent to said substitution.

DATED: 9-10-14    _____
                    G. ANDERSON

///

I hereby agree to said substitution.            RIVERA & ASSOCIATES

DATED: __9/11/14_____         /s/ Shanan L. Hewitt
                                       SHANAN L. HEWITT

I hereby consent to said substitution.          Off ice of the Attorney General


DATED: __9/11/14_____          /s/ Danielle Rachel Hemple
                                       Danielle Rachel Hemple

## **ORDER**

IT IS SO ORDERED:                      _____
                                       US District Court Judge

*Harker v. Zigler, et al.,*
**U.S. District Court, Eastern District**
**Case Number 2:13-CV-01305-TLN-CKD**

## PROOF OF SERVICE

I am a citizen of the United States, employed in the City and County of Sacramento. My business address is 2180 Harvard Street, Suite 310, Sacramento, California, 95815. I am over the age of 18 years and not a party to the above-entitled action.

I am familiar with RIVERA & ASSOCIATES' practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a U.S. mailbox after the close of each day's business.

On the following date, I served the attached:

**DEFENDANT ANDERSON'S SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER**

XX    on all parties who have appeared via electronic mail through CM/ECF.

___    on the plaintiff in this action by causing a true copy thereof to be placed in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail (all other parties listed below will receive this filing via the Court's ECF system).

| **Counsel for Plaintiff Bobby Harker:** | **Counsel for Defendant Stacy Zigler:** |
|---|---|
| Hermez Moreno | Susan Eileen Coleman |
| Santo Riccobono | Kristina Doan Gruenberg |
| Shawn Khorrami | Burke, Williams & Sorensen LLP |
| Khorrami Boucher Sumner Sanguinetti, LLP | 444 South Flower Street, Suite 2400 |
| 444 S. Flower Street, 33rd Floor | Los Angeles, CA 90071 |
| Los Angeles, CA 90071 | |
| | **Counsel for Defendants Virga, Rodriguez, and Carter:** |
| | Danielle Rachel Hemple |
| | Office of the Attorney General |
| | 300 S. Spring Street, Suite 1702 |
| | Los Angeles, CA 90013 |

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on September 12, 2014, at Sacramento, California.

                                          /s/ Melissa Green
                                          Melissa Green