1  Susan E. Coleman, (SBN 171832)
   E-mail:  scoleman@bwslaw.com
2  Kristina Doan Gruenberg, (SBN 268188)
   E-mail:  kgruenberg@bwslaw.com
3  BURKE, WILLIAMS & SORENSEN, LLP
   444 South Flower Street, Suite 2400
4  Los Angeles, CA  90071-295
   Tel:  213.236.0600 Fax:  213.236.2700
5
   Attorneys for Defendant
6  STACY ZIGLER

7

8                  UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11  BOBBY HARKER,                        Case No.  2:13-cv-01305 TLN CKD

12              Plaintiff,               **JOINT STIPULATION OF THE
                                         PARTIES SEEKING
13  v.                                   MODIFICATION OF SCHEDULING
                                         ORDER (Doc. 55) DATES FOR
14  STACY ZIGLER, in her individual      GOOD CAUSE**
    capacity; TIM VIRGA, in his
15  individual capacity; GREG            Judge: Honorable Troy L. Nunley
    ANDERSON, in his individual
16  capacity; LORI RODRIGUEZ, in her     Trial Date:      January 11, 2016
    individual capacity; RONDA
17  CARTER, in her individual capacity;  Action Filed:    February 19, 2013
    and JOHN DOES 1-10,
18
19              Defendants.

20        Plaintiff Bobby Harker ("Plaintiff") and Defendants Zigler ("Defendant"),

21  Virga, Anderson, Rodriguez, and Carter (collectively the "supervising Defendants")

22  jointly, as "The Parties", hereby file this stipulation seeking modification of the

23  Court's Scheduling Order (Doc. 55) for good cause shown as follows:

24        1.    Whereas the Court entered the Scheduling Order in this case on July

25  30, 2014 (Doc. 55) setting dates for completion of discovery and motion filing, and

26  setting the trial date in this matter for January 11, 2016;

27        2.    Whereas, The supervisory defendants have only recently substituted

28  new attorneys into the case;

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4850-2383-2097 v1          - 1 -          2:13-CV-01305 TLN CKD
                                        STIP TO MODIFY SCHEDULING ORDER

3.      Whereas, Plaintiffs' counsel of record, Khorrami Boucher, LLP, is currently undergoing a dramatic winding up of its business and is dissolving, and reforming as a new business entity;

4.      Whereas, throughout the months leading up to, and especially during the multi-month dissolution of Khorrami Boucher, LLP, substantial and dramatic restructuring of business models and case-loads have impacted upon Plaintiffs' counsels' schedules, flexibility, and ability to comply with the deadlines of this case as currently set;

5.      Whereas Plaintiff is incarcerated, which makes communication and scheduling for deposition and responses to interrogatories and other discovery devices, more difficult and time consuming, a fact further compounded by the holidays and the above-mentioned significant and previously unforeseeable circumstances;

6.      Whereas, the parties agree that good cause therefore exists to seek a limited extension on all discovery and motion filing deadlines as set forth in the proposal below; which, in careful consideration of the Court's calendar and to avoid prejudice thereto, does not seek modification of the Pretrial Conference or Trial dates as set by the Court;

7.      Accordingly, the Parties request an extension of the following Scheduling Order deadlines as follows:

| EVENT | CURRENT DATE/DEADLINE | PROPOSED DATE/DEADLINE |
|---|---|---|
| Fact Discovery Cutoff | February 2, 2015 | April 30, 2015 |
| Expert Disclosures Due | April 2, 2015 | June 30, 2015 |
| Rebuttal Expert Disclosures | April 22, 2015 | July 20, 2015 |
| Expert Discovery Cutoff | None assigned[1] | None assigned |

[1] Court instructs counsel to complete discovery pertaining to experts in a timely fashion, considering the dispositive motion filing deadlines. (Doc. 55, p. 4)

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4850-2383-2097 v1                     - 2 -                     2:13-CV-01305 TLN CKD
STIP TO MODIFY SCHEDULING ORDER

| Last Day to hear Dispositive Motions | August 13, 2015 | September 24, 2015 |
|---|---|---|
| Deadline to file Joint Final Pretrial Conference Statement | October 29, 2015 | Same |
| Pretrial Conference | November 5, 2015 @ 2:00 p.m. | Same |
| Trial | January 11, 2016 @ 9:00 a.m. | Same |

Now, therefore, for good cause shown, the Parties request the Court grant this stipulation and enter an Order modifying the Scheduling Order dates as proposed, or as the Court sees fit within its discretion.

Respectfully Submitted.

Dated:  January 5, 2015                    BURKE, WILLIAMS & SORENSEN, LLP


By:  /s/ Kristina Doan Gruenberg
Susan E. Coleman
Kristina Doan Gruenberg

Attorneys for Defendant
STACY ZIGLER

Dated:  December 19, 2014                    KHORRAMI BOUCHER, LLP


By:  /s/ Brian M. Bush
Shawn Khorrami
Hermez Moreno
Brian M. Bush

Attorneys for Plaintiff
BOBBY HARKER

///

///

///

1   Dated:  December 22, 2014            RIVERA & ASSOCIATES

2

3                                       By: _/s/ Shanan L. Hewitt_____
                                            Shanan L. Hewitt
4
                                        Attorneys for Defendant
5                                       GREG ANDERSON

6   Dated:  December 22, 2014            WILLIAMS & ASSOCIATES

7                                       By: _/s/ LaKeysia R. Beene_____
                                            Kathleen Williams
8                                           Lakeysia Beene

9
                                        Attorneys for defendant
10                                      LORI RODRIGUEZ

11
    Dated: December 22, 2014             LAW OFFICES OF MARK H. HARRIS
12

13                                      By: _/s/ Mark H. Harris_____
                                            Mark H. Harris
14

15                                      Attorneys for defendant
                                        RONDA CARTER AND TIM VIRGA
16

17

18                                      **ORDER**

19

20          APPROVED this _____ day of _____, 2015.

21
                                        BY THE COURT,
22

23                                      _____

24                                      Troy L. Nunley
                                        United States District Judge
25

26

27

28

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4850-2383-2097 v1                          - 4 -              2:13-CV-01305 TLN CKD
                                                                 STIP TO MODIFY SCHEDULING ORDER